**Morris KING, Employee/Appellant,**

v.

**COUNTY DISPOSAL, INC., Employer/Respondent,**

and

**State Farm Fire & Casualty Co., Insurer/Respondent.**

No. 65379.

Missouri Court of Appeals, Eastern District, Division Four.

June 21, 1994.

Harry James Nichols, St. Louis, for appellant.

James B. Kennedy, St. Louis, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

*ORDER*

PER CURIAM.

Appellant–Employee appeals the award of the Labor and Industrial Commission contending the award of worker's compensation benefits for permanent partial disability and for unpaid medical expenses was inadequate. The Commission's award was supported by competent and substantial evidence. An extended opinion would have no precedential value. However, the parties have been furnished with a memorandum for their information setting forth the reasons for which the Labor and Industrial Relations Commission's award is affirmed pursuant to Rule 84.16(b).

■

**Randy K. LEE, Movant,**

v.

**STATE of Missouri, Respondent.**

No. 64550.

Missouri Court of Appeals, Eastern District, Division One.

June 21, 1994.

Emmett D. Queener, Office of the State Public Defender, Columbia, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant, Randy Kevin Lee, appeals from the dismissal of his Rule 24.035 motion without an evidentiary hearing. The motion court dismissed the motion because it was not timely filed under Rule 24.035(b).

No error of law appears. An opinion would have no precedential value.

The judgment of the motion court is affirmed. Rule 84.16(b).